■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN LACHER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 21, 1976, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. On this appeal the defendant argues that it was error for the trial court to accept his guilty plea without holding a hearing to determine his mental competence to stand trial and that it was error for the court to refuse him the right to withdraw his guilty plea. Both contentions are without merit. The psychiatric report submitted to the court indicated that the defendant, notwithstanding a schizophrenic personality, was "fit to proceed." Neither the defendant nor his counsel ever challenged that conclusion, nor was any motion ever made on behalf of the defendant, as required by CPL 730.30 (subd 2), seeking a hearing on the issue as to whether he was an incapacitated person. A reading of the record indicates that the Criminal Term did not abuse its discretion in failing to order a sanity hearing *sua sponte* (see *People v Rivera,* 50 AD2d 805; see, also, *People v Mac Cumber,* 46 AD2d 938). The defendant's further contention that he should have been allowed to withdraw his previously entered guilty plea is also without merit. He entered his guilty plea voluntarily and knowingly and was not coerced. The sentencing court was lenient in imposing a 15-year prison sentence. He could have received a maximum sentence of 25 years. Cohalan, J. P., Titone, Hawkins and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN LOPEZ, Appellant.—Motion by appellant's assigned counsel to be relieved of the assignment as counsel to prosecute an appeal from a judgment of the Supreme Court, Kings County, rendered April 23, 1975. Motion granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v' LUIS MUNIZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 8, 1976, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Defendant's guilt was proved beyond a reasonable doubt. The errors assigned were harmless. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.